THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
921 OHIO STREET
ROOM 104
TERRE HAUTE, IN  47807

OFFICIAL BUSINESS

65

**RETURN TO SENDER**
Released 10/05/2021
(Transferred Out of State)

( 2:20-cv- 602 )
KEVIN JOHNSON
A787991
P.O. Box 45699
Lucasville OH 45699

FILED
OCT 27 2021
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA    45699-

INDIANAPOLIS IN 460
8 OCT 2021 PM 6 L

$0.530
US POSTAGE
FIRST-CLASS
062S0009595006
47807

NIXIE
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 47807373829        *0746-00064-23-28

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER