INDIANAPOLIS IN 460

08 OCT '21 PM 5 L

$0.530
US POSTAGE
FIRST-CLASS
062S0009595006
47807

9326292212467IG

REF 47807373829
BC: 4746-00063-23-29
47807>3738

NIXIE 436 CC 1 2216/24/21
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

**FILED**
OCT 28 2021
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

RETURN TO SENDER
Released 10/05/2021
(Transferred Out of State)

64

( 2:20-cv- 602 )
KEVIN JOHNSON
A787991
P.O. Box 45699
Lucasville OH 45699

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

45699-