THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
921 OHIO STREET
ROOM 104
TERRE HAUTE, IN 47807

OFFICIAL BUSINESS

RTS

FILED
DEC 5 2022
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

(2:20-cv-602)
KEVIN JOHNSON
1007485
SUSSEX 1 STATE PRISON
24414 Musslewhite Dr.
Waverly VA 23891

INDIANAPOLIS IN 460
23 NOV 2022 PM 2 L

$0.570
US POSTAGE
FIRST-CLASS
062S0009595006
47807
B35975.24

NIXIE    231  DE 1    0012/01/22
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 47807373829    *1812-02032-23-43*